**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH L. DOBRUSIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 11 C 07370 |
| v. | ) | |
| | ) | Hon. George W. Lindberg |
| COMPASS LEXECON, LLC, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Deborah L. Dobrusin and Defendant Compass Lexecon, LLC, by their respective attorneys, hereby stipulate to the dismissal of this lawsuit and the counterclaims asserted herein, as this matter has been amicably settled. The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement, should that become necessary, through December 31, 2013.

**AGREED:**

DEBORAH L. DOBRUSIN

By:_____ */s/ Kate Sedey*_____

Kristin M. Case
Kate Sedey
The Case Law Firm, LLC
250 S. Wacker Drive, Suite 230
Chicago, IL 60606
312-920-0400

**AGREED:**

COMPASS LEXECON, LLC

By:_____ */s/ Carla J. Rozycki*_____

Carla J. Rozycki
Amanda S. Amert
Colleen G. DeRosa
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
312 222-9350

**ENTERED:**

By:_____
        Magistrate Judge Jeffrey T. Gilbert

Date:_____

2

2116983.4

<u>**CERTIFICATE OF SERVICE**</u>

I, Carla J. Rozycki, certify that, on July 27, 2012, I caused a copy of the foregoing Joint Stipulation of Dismissal and this Certificate of Service to be served on the following parties through the Court's ECF filing system:

        Kristin M. Case
        Kate Sedey
        The Case Law Firm, LLC
        250 S. Wacker Drive, Suite 230
        Chicago, IL 60606
        312-920-0400

                          */s/ Carla J. Rozycki*
                          Carla J. Rozycki