UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Deborah L. Dobrusin
                               Plaintiff,

v.                                                      Case No.: 1:11–cv–07370
                                                               Honorable Jeffrey T. Gilbert

Compass Lexecon, LLC
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 30, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Pursuant to the parties' Joint Stipulation of Dismissal [53], this matter is dismissed and the Court will retain jurisdiction for the purpose of enforcing the terms of the parties' settlement agreement through 12/31/13. Status hearing set for 7/31/12 at 9:45 a.m. is stricken and no appearance is necessary. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.